UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Thomas Woodland,

Plaintiff,

v.

Joseph T. Ryerson & Son, Inc.,

Defendant.

File No. 00-CV-1492 (DWF/AJB)

**STIPULATION AND PROPOSED ORDER TO AMEND PRETRIAL SCHEDULE**

---

**WHEREAS,** in its August 10, 2000, Pretrial Scheduling Order, the Court established, among others, a deadline of January 1, 2001 by which Plaintiff was to serve his expert disclosures on Defendant, February 1, 2001 by which Defendant is to serve its expert disclosures on Plaintiff, a deadline of March 1, 2001 by which the parties are to complete discovery, a deadline of March 1, 2001 by which the parties are to file and serve non-dispositive motions other than those motions seeking to amend pleadings or add parties, a deadline of May 1, 2001 by which the parties are to serve and file dispositive motions, and a ready-for-trial date of September 1, 2001;

**WHEREAS,** Defendant served written discovery on Plaintiff in September, 2000, but, for various reasons including a discovery extension and an illness, Plaintiff did not respond until January 5, 2001;

**WHEREAS,** Defendant has noticed Plaintiff's deposition for January 18, 2001; and

**WHEREAS,** the parties have stipulated to certain amendments to the Pretrial

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Scheduling Order which will affect the discovery deadline but will not affect the dispositive motion deadline or the ready-for-trial date;

**NOW THEREFORE,** the parties hereby stipulate and agree as follows:

1. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness shall be made by Plaintiff on or before February 15, 2001.

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness shall be made by Defendant on or before March 15, 2001.

3. Discovery shall be commenced in time to be completed by April 1, 2001.

4. All non-dispositive motions (other than those which seek to amend pleadings or add parties) and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, April 1, 2001.

5. The remaining dates established in the Court's August 10, 2000 Pretrial Scheduling Order shall remain unchanged.

Date: January 10, 2001

WALSH LAW FIRM

By [signature]
Christopher R. Walsh (#199813)
270 Grain Exchange N. Bldg.
301 Fourth Avenue South
Minneapolis, MN 55415
Telephone: (612) 677-8300

Attorney for Plaintiff Thomas Woodland

Date: January 10, 2001

DORSEY & WHITNEY LLP

By [signature]
Jean F. Holloway (#214127)
Matthew E. Klein (# 258957)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Attorneys for Defendant Joseph T. Ryerson & Son, Inc.

**SO ORDERED.**

Date: 1/16, 2001

BY THE COURT:

[signature]
Arthur J. Boylan
United States Magistrate Judge